# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DEL CARMEN BECERRA-CHACON,<br><br>Defendant. | Case No. 18-cr-5466-AJB<br><br>**ORDER AND JUDGMENT GRANTING MOTION AND DISMISSING INFORMATION**<br><br>[Dkt. No. 43] |

Upon motion of the parties, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Information [Dkt. No. 13] without prejudice.

**IT IS SO ORDERED.**

Dated: July 16, 2019

_____
Hon. Anthony J. Battaglia
United States District Judge